# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Robert S. Stimpfle** | ) | Case No. 21-10097 |
| | ) | |
| **Debtor.** | ) | **Chapter 13** (PMM) |

## ORDER

UPON CONSIDERATION of Debtor's Motion for Extension of Time to File Summary of Assets and Liabilities, Schedules A-J, Statement of Affairs, Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form, Attorney Disclosure Statement and Chapter 13 Plan,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that pursuant to Bankruptcy Rule 1007(c), Debtor has been granted an extension of time to file his missing schedules and related documents until __February 9, 2021__.

.

**BY THE COURT:**

Dated: 1/27/21

_Patricia M. Mayer_
_____
Patricia M. Mayer
U.S. Bankruptcy Judge