**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Robert S. Stimpfle** | **Case # 21-10097** |
| **Debtor** | **CHAPTER 13** |

## AMENDED MATRIX

248 Medical Arts Condominium Assoc
3735 Nazareth Rd., Mail Box 304
Easton, PA 18045

IRS
Dept. of Treasury
PO Box 7346
Philadelphia, PA 19101

Notice only for FNCB Bank:
William J. Fries, Esquire
The Atrium – Suite 106
2895 Hamilton Blvd.
Allentown, PA 18104

Dated: January 28, 2021          /s/Robert S. Stimpfle
                                 Robert S. Stimpfle
                                 Debtor