UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

January 29, 2021

To:
**Charles Laputka, Esq.**
1344 W. Hamilton St
Allentown, PA  18102

        In re:  Robert S. Stimpfle
        Bankruptcy No. **21-10097pmm**
        Adversary No.
        Chapter 13

Re **:  Amended List of Creditors - $32.00**

The above document(s) were filed in this office on January 28, 2021. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

    ( )    Voluntary Petition
    ( )    Adversary Proceeding
    (XX)  $32.00 Filing Fee for Amendments
    ( )    $26.00 Claims Transfer Fee
    ( )    Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

        Timothy B. McGrath
        Clerk


        By: **s/Keith R. Borzillo**
          Deputy Clerk

*Fee Notice*
*(11/26/18)*