United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-10097-pmm
Robert S. Stimpfle Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 1
Date Rcvd: Jan 27, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2021:**

**Recip ID**      **Recipient Name and Address**
db      + Robert S. Stimpfle, 2775 Destiny Lane, Easton, PA 18040-7967

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:

**Name**      **Email Address**

CHARLES LAPUTKA
     on behalf of Debtor Robert S. Stimpfle claputka@laputkalaw.com
     jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

REBECCA ANN SOLARZ
     on behalf of Creditor Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
     ECFMail@ReadingCh13.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Robert S. Stimpfle | ) | Case No. 21-10097 |
| | ) | |
| Debtor. | ) | Chapter 13 (PMM) |

**ORDER**

UPON CONSIDERATION of Debtor's Motion for Extension of Time to File Summary of Assets and Liabilities, Schedules A-J, Statement of Affairs, Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form, Attorney Disclosure Statement and Chapter 13 Plan,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that pursuant to Bankruptcy Rule 1007(c), Debtor has been granted an extension of time to file his missing schedules and related documents until __February 9, 2021__.

.

**BY THE COURT:**

Dated: 1/27/21

_Patricia M. Mayer_
_____
Patricia M. Mayer
U.S. Bankruptcy Judge