## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ROBERT S. STIMPFLE    , | ) | NO. 21-10097-pmm |
| | ) | |
| Debtor. | ) | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned represents, and appears on behalf of 248 Medical Arts Condominium Association, a party in interest in the above-captioned case, and hereby requests, pursuant to Bankruptcy Rules 2002, 9007, 9010, 9013, and 9014 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served in this case be given to and served upon the following:

> Rebecca J. Price, Esquire
> Norris McLaughlin, P.A.
> 515 West Hamilton Street, Suite 502
> Allentown, PA 18101
> 610-391-1800

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand-delivery, telephone, telegraph, telex or otherwise.

> Respectfully submitted,
>
> NORRIS MCLAUGHLIN, P.A.
>
> BY:    /s/ Rebecca J. Price, Esquire
>     Rebecca J. Price, Esquire
>     Attorney I.D. No. 206182
>     515 West Hamilton Street, Suite 502
>     Allentown, PA 18101
>     610-391-1800