## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ROBERT S. STIMPFLE        , | ) | NO. 21-10097-pmm |
| | ) | |
| Debtor. | ) | |

### CERTIFICATE OF SERVICE

I, Rebecca J. Price, Esquire, hereby certify on the 25th day of March 2021, I served a true

and correct copy of the Notice of Appearance and Request for Notices and Service of Papers, on

the following by electronic delivery:

> Charles Laputka, Esquire
> Laputka Law office
> 1344 W. Hamilton Street
> Allentown, PA  18102
>
> United States Trustee
> 200 Chestnut Street, Suite 502
> Philadelphia, PA 19106
>
> Scott F. Waterman
> Chapter 13 Trustee
> 2901 St. Lawrence Avenue, Suite 100
> Reading, PA 19606

and upon the following by first class mail:

> Robert S. Stimpfle
> 2775 Destiny Lane
> Easton, PA 18040

NORRIS MCLAUGHLIN, P.A.


By:   */s/ Rebecca J. Price, Esquire*
Rebecca J. Price, Esquire
Attorney ID No. 206182
515 West Hamilton Street, Suite 502
Allentown, PA 18101
610-391-1800