## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ROBERT S. STIMPFLE    , | ) | NO. 21-10097-pmm |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I, Rebecca J. Price, Esquire, hereby certify on the 25th day of March 2021, I served a true and correct copy of the Proof of Claim on behalf of 248 Medical Arts Condominium Association, on the following by electronic delivery:

Charles Laputka, Esquire
Laputka Law office
1344 W. Hamilton Street
Allentown, PA 18102

United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

and upon the following by first class mail:

Robert S. Stimpfle
2775 Destiny Lane
Easton, PA 18040

NORRIS MCLAUGHLIN, P.A.

By: /s/ *Rebecca J. Price, Esquire*
Rebecca J. Price, Esquire
Attorney ID No. 206182
515 West Hamilton Street, Suite 502
Allentown, PA 18101
610-391-1800