UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Robert S. Stimpfle<br><br>    Debtor | Chapter 13<br>Bankruptcy No.21-10097-PMM |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 6th day of May, 2021, by first class mail upon those listed below:

Robert S. Stimpfle
2775 Destiny Lane
Easton, PA  18040

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102

                                                   */s/ Deborah A. Earnshaw*
                                                   Deborah A. Earnshaw
                                                   for
                                                   Scott F. Waterman, Esquire
                                                   Standing Chapter 13 Trustee