Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 21-10097-PMM**

Robert S. Stimpfle  
2775 Destiny Lane  
Easton  PA    18040

Petition Filed Date: 01/14/2021  
341 Hearing Date: 03/09/2021  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/23/2021 | $631.00 | | 04/29/2021 | $1,262.00 | | | | |

**Total Receipts for the Period:  $1,893.00     Amount Refunded to Debtor Since Filing:  $0.00     Total Receipts Since Filing: $1,893.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | 248 MEDICAL ARTS CONDOMINIUM ASSOC<br>»» 015 | Unsecured Creditors | $6,432.46 | $0.00 | $0.00 |
| 2 | FIRST BANK<br>»» 014 | Unsecured Creditors | $314,144.63 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $21,722.63 | $0.00 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Crediors | $7,059.45 | $0.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $775.48 | $0.00 | $0.00 |
| 6 | WELLS FARGO BANK NEVADA NA<br>»» 002 | Unsecured Creditors | $3,739.51 | $0.00 | $0.00 |
| 7 | NEWREZ LLC  D/B/A<br>»» 003 | Mortgage Arrears | $3,352.12 | $0.00 | $0.00 |
| 8 | PNC BANK<br>»» 004 | Unsecured Creditors | $14,016.65 | $0.00 | $0.00 |
| 9 | MET-ED FIRST ENERGY COMPANY<br>»» 005 | Unsecured Creditors | $119.83 | $0.00 | $0.00 |
| 10 | SYNCHRONY BANK<br>»» 006 | Unsecured Creditors | $681.31 | $0.00 | $0.00 |
| 11 | SYNCHRONY BANK<br>»» 007 | Unsecured Creditors | $3,080.64 | $0.00 | $0.00 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»» 008 | Unsecured Creditors | $793.40 | $0.00 | $0.00 |
| 13 | FNCB BANK<br>»» 009 | Unsecured Creditors | $35,387.79 | $0.00 | $0.00 |
| 14 | FNCB BANK<br>»» 010 | Secured Creditors | $10,279.24 | $0.00 | $0.00 |
| 15 | CITIBANK NA<br>»» 011 | Unsecured Creditors | $362.37 | $0.00 | $0.00 |
| 16 | SYNCHRONY BANK<br>»» 012 | Unsecured Creditors | $123.15 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $1,893.00 | Current Monthly Payment: | $744.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $132.51 | Total Plan Base: | $43,557.00 |
| Funds on Hand: | $1,760.49 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.