# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert S. Stimpfle<br>    Debtor(s)<br><br>NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successors and/or assigns<br>    Movant<br> vs.<br>Robert S. Stimpfle<br>    Debtor(s)<br><br>Scott F. Waterman<br>    Trustee | CHAPTER 13<br><br><br>NO. 21-10097 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of NewRez LLC d/b/a Shellpoint Mortgage Servicing, which was filed with the Court on or about **April 6, 2021, docket number 23**.

          Respectfully submitted,

          /s/ Rebecca A. Solarz, Esq.

          Rebecca A. Solarz, Esquire
          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA  19106
          Phone: (215)-627-1322

Dated: July 6, 2021