United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                  Case No. 21-10097-pmm
Robert S. Stimpfle                                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                    User: admin                    Page 1 of 2
Date Rcvd: Oct 14, 2021             Form ID: 155               Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert S. Stimpfle, 2775 Destiny Lane, Easton, PA 18040-7967 |
| 14579479 | + | 248 Medical Arts Condominium Assoc, 3735 Nazareth Rd., Mail Box 304, Easton, PA 18045-8347 |
| 14593561 | + | 248 Medical Arts Condominium Assocation, c/o Rebecca J. Price, Esq., 515 West Hamilton Street, Ste 502, Allentown, PA 18101-1513 |
| 14593102 | + | 248 Medical Arts Condominium Association, 3735 Nazareth Road, Box 304, Easton, PA 18045-8347 |
| 14576655 | + | Affordable Aesthetic Denistry LLC, 3735 Nazareth Road, Unit 204, Easton, PA 18045-8346 |
| 14576656 | + | Amex/DSNB, PO BOX 8218, Mason, OH 45040-8218 |
| 14576658 | + | DRS Property Holdings LLC, 2775 Destiny Lane, Easton, PA 18040-7967 |
| 14576659 | + | F Paul Laubner, 425 Allentown Drive, Allentown, PA 18109-9142 |
| 14576661 | + | FNCB Bank, 102 East Drinker Street, Dunmore, PA 18512-2432 |
| 14590236 | + | FNCB Bank, 200 S. Blakely Street, Dunmore, PA 18512-2200 |
| 14576660 | + | First Bank, c/o D. Alexander Barnes, Esq., 1500 Market Street, Ste 3400, Philadelphia, PA 19102-2118 |
| 14587501 | + | Metropolitan Edison Company, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14576662 | + | NewRes-Shellpoint, 55 Beattle Pl, Ste 110, Greenville, SC 29601-5115 |
| 14583812 | | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14577704 | + | Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14576668 | + | Wells Fargo, PO BOX 14517, Des Moines, IA 50306-3517 |
| 14583388 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14579477 | + | William J. Fries, Esquire, The Atrium Suite 106, 2895 Hamilton Blvd., Allentown, PA 18104-6172 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14576657 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 14 2021 23:25:34 | Capital One, PO BOX 30281, Salt Lake City, UT 84130-0281 |
| 14590437 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2021 23:25:28 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14588008 | | Email/Text: bnc-quantum@quantum3group.com | Oct 14 2021 23:24:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14579478 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 14 2021 23:24:00 | IRS, Dept. of Treasury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14591576 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2021 23:25:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14576663 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 14 2021 23:24:00 | PNC Bank, PO BOX 3180, Pittsburgh, PA 15230 |
| 14584041 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 14 2021 23:24:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 14576664 | | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2021 23:25:31 | SYNCB/Sams Club, PO BOX 29116, Mission, KS 66201 |
| 14576665 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2021 23:25:34 | SYNCB/TJX CO, PO BOX 965036, Orlando, FL 32896-5036 |
| 14576666 | + | Email/PDF: gecsedi@recoverycorp.com | | |

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Oct 14, 2021 Form ID: 155 Total Noticed: 30

| | | | | |
|---|---|---|---|---|
| | | | Oct 14 2021 23:25:31 | SYNCB/TJX CO DC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14587549 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2021 23:25:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14576667 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2021 23:25:31 | THD/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 16, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2021 at the address(es) listed below:

**Name**  **Email Address**

CHARLES LAPUTKA
on behalf of Debtor Robert S. Stimpfle claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com

DAVID ALEXANDER BARNES
on behalf of Creditor First Bank alexander.barnes@obermayer.com

REBECCA ANN SOLARZ
on behalf of Creditor Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com

REBECCA J. PRICE
on behalf of Creditor 248 Medical Arts Condominium Association rprice@thslaw.com kbambary@nmmlaw.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Robert S. Stimpfle
    Debtor(s)

Chapter: 13
Bankruptcy No: 21−10097−pmm

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this October 14, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

48
Form 155