| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 21-10097-PMM

| | |
|---|---|
| Robert S. Stimpfle | Petition Filed Date: 01/14/2021 |
| 2775 Destiny Lane | 341 Hearing Date: 03/09/2021 |
| Easton  PA    18040 | Confirmation Date: 10/14/2021 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/29/2021 | $1,262.00 | | 06/15/2021 | $631.00 | | 06/30/2021 | $730.00 | |
| 07/28/2021 | $744.00 | | 08/30/2021 | $750.00 | | 10/07/2021 | $736.00 | |
| 11/05/2021 | $736.00 | | 03/21/2022 | $1,472.00 | | 04/13/2022 | $1,500.00 | |
| 04/20/2022 | $758.00 | | 06/13/2022 | $800.00 | | 07/28/2022 | $804.99 | |

**Total Receipts for the Period:  $10,923.99    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $11,554.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | 248 MEDICAL ARTS CONDOMINIUM ASSOC<br>»» 015 | Unsecured Creditors | $6,432.46 | $0.00 | $6,432.46 |
| 2 | FIRST BANK<br>»» 014 | Unsecured Creditors | $314,144.63 | $0.00 | $314,144.63 |
| 3 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $21,722.63 | $0.00 | $21,722.63 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Crediors | $6,559.45 | $6,559.45 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $775.48 | $0.00 | $775.48 |
| 6 | WELLS FARGO BANK NEVADA NA<br>»» 002 | Unsecured Creditors | $3,739.51 | $0.00 | $3,739.51 |
| 7 | NEWREZ LLC  D/B/A<br>»» 003 | Mortgage Arrears | $3,352.12 | $1,229.38 | $2,122.74 |
| 8 | PNC BANK<br>»» 004 | Unsecured Creditors | $14,016.65 | $0.00 | $14,016.65 |
| 9 | MET-ED FIRST ENERGY COMPANY<br>»» 005 | Unsecured Creditors | $119.83 | $0.00 | $119.83 |
| 10 | SYNCHRONY BANK<br>»» 006 | Unsecured Creditors | $681.31 | $0.00 | $681.31 |
| 11 | SYNCHRONY BANK<br>»» 007 | Unsecured Creditors | $3,080.64 | $0.00 | $3,080.64 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»» 008 | Unsecured Creditors | $793.40 | $0.00 | $793.40 |
| 13 | FNCB BANK<br>»» 009 | Unsecured Creditors | $35,387.79 | $0.00 | $35,387.79 |
| 14 | FNCB BANK<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CITIBANK NA<br>»» 011 | Unsecured Creditors | $362.37 | $0.00 | $362.37 |

**Chapter 13 Case No. 21-10097-PMM**

| 16 | SYNCHRONY BANK<br>»» 012 | Unsecured Creditors | $123.15 | $0.00 | $123.15 |
| --- | --- | --- | --- | --- | --- |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,063.00 | $2,063.00 | $0.00 |
| 17 | BIOHORIZONS IMPLANT SYSTEMS INC<br>»» 016 | Unsecured Creditors | $7,360.80 | $0.00 | $7,360.80 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
| --- | --- | --- | --- |
| Total Receipts: | $11,554.99 | Current Monthly Payment: | $736.00 |
| Paid to Claims: | $9,851.83 | Arrearages: | $553.01 |
| Paid to Trustee: | $962.57 | Total Plan Base: | $43,020.00 |
| Funds on Hand: | $740.59 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.