**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Pauline Mary Randolph | Case # 18-15313-PMM |
| **Debtor** | **CHAPTER 13** |

## PRAECIPE TO WITHDRAW

Kindly withdraw the Motion to Reconsider Dismissal of Case docketed at # 63 and Notice of Motion docketed at #64 filed on January 13, 2023.

Respectfully Submitted,

Date: January 13, 2023

By: /s/*Charles Laputka, Esquire*
CHARLES LAPUTKA, Esquire
PA I.D. No. 91984
Attorney for Debtor
1344 W. Hamilton St.
Allentown, PA 18102
Phone: (610)477-0155
Fax: (484) 350-3581
claputka@laputkalaw.com