**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ROBERT S. STIMPFLE | ) | CASE NO. 21-10097 |
| | ) | |
| Debtors | ) | CHAPTER 13 |

## PRAECIPE TO WITHDRAW

Kindly withdraw the Motion to Reconsider Dismissal of Case docketed at # 63, Notice of Motion docketed at #64, and Praecipe to Withdraw docketed at #65 filed on January 13, 2023.

Respectfully Submitted,

Date: January 13, 2023

By: /s/Charles Laputka, Esquire
CHARLES LAPUTKA, Esquire
PA I.D. No. 91984
Attorney for Debtor
1344 W. Hamilton St.
Allentown, PA 18102
Phone: (610)477-0155
Fax: (484) 350-3581
claputka@laputkalaw.com