United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Robert S. Stimpfle  
    Debtor

Case No. 21-10097-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Jan 12, 2023      Form ID: pdf900      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert S. Stimpfle, 2775 Destiny Lane, Easton, PA 18040-7967 |
| 14579479 | + | 248 Medical Arts Condominium Assoc, 3735 Nazareth Rd., Mail Box 304, Easton, PA 18045-8347 |
| 14593561 | + | 248 Medical Arts Condominium Assocation, c/o Rebecca J. Price, Esq., 515 West Hamilton Street, Ste 502, Allentown, PA 18101-1513 |
| 14593102 | + | 248 Medical Arts Condominium Association, 3735 Nazareth Road, Box 304, Easton, PA 18045-8347 |
| 14576655 | + | Affordable Aesthetic Denistry LLC, 3735 Nazareth Road, Unit 204, Easton, PA 18045-8346 |
| 14648294 | + | BioHorizons Implant System Inc., 1060 Andrew Drive, Suite 170, West Chester, West Chester, PA 19380-5601 |
| 14576658 | + | DRS Property Holdings LLC, 2775 Destiny Lane, Easton, PA 18040-7967 |
| 14576659 | + | F Paul Laubner, 425 Allentown Drive, Allentown, PA 18109-9142 |
| 14590236 | + | FNCB Bank, 200 S. Blakely Street, Dunmore, PA 18512-2200 |
| 14576661 | + | FNCB Bank, 102 East Drinker Street, Dunmore, PA 18512-2432 |
| 14576660 | + | First Bank, c/o D. Alexander Barnes, Esq., 1500 Market Street, Ste 3400, Philadelphia, PA 19102-2100 |
| 14587501 | + | Metropolitan Edison Company, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14576662 | + | NewRes-Shellpoint, 55 Beattle Pl, Ste 110, Greenville, SC 29601-5115 |
| 14579477 | + | William J. Fries, Esquire, The Atrium Suite 106, 2895 Hamilton Blvd., Allentown, PA 18104-6172 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 13 2023 00:35:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 13 2023 00:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14576656 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 00:36:32 | Amex/DSNB, PO BOX 8218, Mason, OH 45040-8218 |
| 14576657 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2023 00:36:28 | Capital One, PO BOX 30281, Salt Lake City, UT 84130-0281 |
| 14590437 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 00:36:32 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14588008 | | Email/Text: bnc-quantum@quantum3group.com | Jan 13 2023 00:35:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14579478 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 13 2023 00:35:00 | IRS, Dept. of Treasury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14591576 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2023 00:36:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14583812 | | Email/Text: mtgbk@shellpointmtg.com | Jan 13 2023 00:35:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14576663 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2023 00:35:00 | PNC Bank, PO BOX 3180, Pittsburgh, PA 15230 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14584041 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2023 00:35:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 14576664 | | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:31 | SYNCB/Sams Club, PO BOX 29116, Mission, KS 66201 |
| 14576665 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:13 | SYNCB/TJX CO, PO BOX 965036, Orlando, FL 32896-5036 |
| 14576666 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:12 | SYNCB/TJX CO DC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14577704 | ^ | MEBN | Jan 13 2023 00:25:02 | Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14587549 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:53 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14576667 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 00:36:54 | THD/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 14576668 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 13 2023 00:36:51 | Wells Fargo, PO BOX 14517, Des Moines, IA 50306-3517 |
| 14583388 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 13 2023 00:36:51 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | 248 Medical Arts Condominium Association, 3735 Nazareth Road, Box 304, Easton, PA 18045-8338 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |

District/off: 0313-4 — User: admin — Page 3 of 3
Date Rcvd: Jan 12, 2023 — Form ID: pdf900 — Total Noticed: 33

CHARLES LAPUTKA
    on behalf of Debtor Robert S. Stimpfle claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com

DAVID ALEXANDER BARNES
    on behalf of Creditor First Bank alexander.barnes@obermayer.com

REBECCA J. PRICE
    on behalf of Creditor 248 Medical Arts Condominium Association rprice@thslaw.com  kbambary@nmmlaw.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

Case 21-10097-pmm    Doc 69    Filed 01/14/23    Entered 01/15/23 00:32:25    Desc Imaged
Certificate of Notice    Page 3 of 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Robert S. Stimpfle | Chapter 13<br><br>Bankruptcy No. 21-10097-PMM |
| Debtor | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 12, 2023**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE