UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ROBERT S. STIMPFLE | ) | CASE NO. 21-10097 |
|  | ) |  |
| **Debtors** | ) | **CHAPTER 13** |

### ORDER

Upon consideration of the Debtors' Motion to Reconsider Dismissal,

**IT IS HEREBY ORDERED** that the January 12, 2023 Order dismissing the above captioned case is hereby VACATED, case number 21-10097 is reinstated, and the automatic stay imposed by 11 U.S.C. 362 is reinstated and will remain in full effect until further order of this Court.

BY THE COURT:

*/Patricia M. Mayer/*
_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: February 23, 2023**