UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert S. Stimpfle | Case # 21-10097-PMM |
| Debtor | CHAPTER 13 |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Chapter 13 Plan (doc # 75, the "Motion"):

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Modified Plan (doc. # 74) is **APPROVED**.

BY THE COURT:

*Patricia M. Mayer*

Date: 4/6/23

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE