United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                Case No. 21-10097-pmm
Robert S. Stimpfle                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: admin            Page 1 of 2
Date Rcvd: May 25, 2023      Form ID: trc         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14587549 | + Email/PDF: gecsedi@recoverycorp.com | May 26 2023 01:28:53 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 27, 2023            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

**Name**      **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

CHARLES LAPUTKA
    on behalf of Debtor Robert S. Stimpfle claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: trc | Total Noticed: 1 |

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

DAVID ALEXANDER BARNES
    on behalf of Creditor First Bank alexander.barnes@obermayer.com

REBECCA J. PRICE
    on behalf of Creditor 248 Medical Arts Condominium Association rprice@thslaw.com  kbambary@nmmlaw.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 21-10097-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert S. Stimpfle
2775 Destiny Lane
Easton PA 18040

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/25/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541 | LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  05/27/23

Tim McGrath
**CLERK OF THE COURT**