**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **IN RE:** <br><br> **Robert S. Stimpfle,** <br>         Debtor. <br><br> **NewRez LLC d/b/a Shellpoint Mortgage Servicing,** <br>         Movant, <br><br> **Robert S. Stimpfle,** <br>         Debtor/Respondent, <br><br> **Scott F. Waterman, Esquire,** <br>         Trustee/Respondent. | **CASE NO.: 21-10097-pmm** <br><br> **CHAPTER 13** <br><br> **Related to Document No: 87** |

## CERTIFICATE OF NO RESPONSE

    The undersigned hereby certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Loan Modification, filed at Docket No. 87, appears thereon. It is hereby respectfully requested that the Order attached to the Movant's Motion to Approve Loan Modification be entered by the Court.

Dated: June 8, 2023

                                              **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Telephone: (470) 321-7112
By: /s/ Michelle McGowan
Michelle McGowan, Esquire
PA Bar Number 62414
Email: mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| IN RE:<br><br>**Robert S. Stimpfle,**<br>          Debtor.<br><br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing,**<br>          Movant,<br><br>**Robert S. Stimpfle,**<br>          Debtor/Respondent,<br><br>**Scott F. Waterman, Esquire,**<br>          Trustee/Respondent. | CASE NO.: 21-10097-pmm<br><br>CHAPTER 13<br><br>Related to Document No: 87 |

## CERTIFICATE OF SERVICE OF THE CERTIFICATE OF NO RESPONSE TO NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING FOR MOTION TO APPROVE LOAN MODIFICATION

     I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on June 8, 2023 I served copies of the Certificate Of No Response upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

**Robert S. Stimpfle**
2775 Destiny Lane
Easton, PA 18040

**Charles Laputka**
Laputka Law Office
1344 W. Hamilton Street
Allentown, PA 18102

**Scott F. Waterman, Esq.**               United States Trustee
Chapter 13 Trustee                              Office of the U.S. Trustee
2901 St. Lawrence Avenue, Suite 100      Robert N.C. Nix Federal Building
Reading, PA 19606                              900 Market Street, Suite 320
                                                          Philadelphia, PA 19107

                  By: /s/ Michelle McGowan
                       Michelle McGowan, Esq.