## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.: 21-10097-pmm** |
| **Robert S. Stimpfle,** <br>        **Debtor.** | **CHAPTER 13** |
| **NewRez LLC d/b/a Shellpoint Mortgage Servicing,** <br>        **Movant,** | |
| **Robert S. Stimpfle,** <br>        **Debtor/Respondent,** | |
| **Scott F. Waterman, Esquire,** <br>        **Trustee/Respondent.** | |

### ORDER APPROVING POST-PETITION LOAN MODIFICATION

AND NOW, this 8th day of June, 2023, it is hereby **ORDERED** that Robert S. Stimpfle (the "Debtor") and NewRez LLC d/b/a Shellpoint Mortgage Servicing (the "Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtor and Mortgagee may do without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

It is further **ORDERED** that in the event the parties enter into a loan modification, the Debtor shall (1) amend Schedules I and J to reflect any changes as a result of the modification, and (2) file an amended Chapter 13 plan reflecting the modification.

It is further ORDERED that the Mortgagee shall amend their Proof of Claim to reflect the modification and remaining arrearages.

_____
Hon. Patricia M. Mayer
United States Bankruptcy Court Judge

Robert S. Stimpfle
2775 Destiny Lane
Easton, PA 18040

Charles Laputka,Esquire
Laputka Law Office
1344 W. Hamilton Street
Allentown, PA 18102
claputka@laputkalaw.com

Scott F. Waterman, Esq.
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

Charles Wohlrab, Esquire
Robertson, Anschutz, Schneid, Crane & Partners PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004