United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10097-pmm |
| Robert S. Stimpfle | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 08, 2023 | Form ID: pdf900 | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert S. Stimpfle, 2775 Destiny Lane, Easton, PA 18040-7967 |
| cr | + | 248 Medical Arts Condominium Association, 3735 Nazareth Road, Box 304, Easton, PA 18045-8338 |
| 14576662 | + | NewRes-Shellpoint, 55 Beattle Pl, Ste 110, Greenville, SC 29601-5115 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 09 2023 00:24:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 09 2023 00:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2023 00:37:44 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 09 2023 00:24:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 14772650 | + | Email/Text: RASEBN@raslg.com | Jun 09 2023 00:24:00 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, c/o Charles G. Wohlrab, Esq., Robertson Anschutz Schneid Crane & Partn, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 14583812 | | Email/Text: mtgbk@shellpointmtg.com | Jun 09 2023 00:24:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14772584 | + | Email/Text: RASEBN@raslg.com | Jun 09 2023 00:24:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, & Crane PL, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 14577704 | ^ | MEBN | Jun 09 2023 00:23:19 | Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-4 — User: admin — Page 2 of 2
Date Rcvd: Jun 08, 2023 — Form ID: pdf900 — Total Noticed: 11

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Debtor Robert S. Stimpfle claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@friedmanvartolo.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@friedmanvartolo.com |
| DAVID ALEXANDER BARNES | on behalf of Creditor First Bank alexander.barnes@obermayer.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com |
| REBECCA J. PRICE | on behalf of Creditor 248 Medical Arts Condominium Association rprice@thslaw.com kbambary@nmmlaw.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| IN RE:<br><br>**Robert S. Stimpfle,**<br>　　　Debtor.<br><br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing,**<br>　　　Movant,<br><br>**Robert S. Stimpfle,**<br>　　　Debtor/Respondent,<br><br>**Scott F. Waterman, Esquire,**<br>　　　Trustee/Respondent. | CASE NO.: 21-10097-pmm<br><br>CHAPTER 13 |

**ORDER APPROVING POST-PETITION LOAN MODIFICATION**

AND NOW, this <u>8th</u> day of <u>June</u>, 2023, it is hereby **ORDERED** that Robert S. Stimpfle (the "Debtor") and NewRez LLC d/b/a Shellpoint Mortgage Servicing (the "Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtor and Mortgagee may do without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

It is further **ORDERED** that in the event the parties enter into a loan modification, the Debtor shall (1) amend Schedules I and J to reflect any changes as a result of the modification, and (2) file an amended Chapter 13 plan reflecting the modification.

It is further ORDERED that the Mortgagee shall amend their Proof of Claim to reflect the modification and remaining arrearages.

*/Patricia M. Mayer/*
_____
Hon. Patricia M. Mayer
United States Bankruptcy Court Judge

Robert S. Stimpfle
2775 Destiny Lane
Easton, PA 18040

Charles Laputka, Esquire
Laputka Law Office
1344 W. Hamilton Street
Allentown, PA 18102
claputka@laputkalaw.com

Scott F. Waterman, Esq.
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

Charles Wohlrab, Esquire
Robertson, Anschutz, Schneid, Crane & Partners PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004