Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 21-10097-PMM**

Robert S. Stimpfle  
2775 Destiny Lane  
Easton  PA    18040

Petition Filed Date: 01/14/2021  
341 Hearing Date: 03/09/2021  
Confirmation Date: 10/14/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/09/2022 | $800.00 | | 04/24/2023 | $1,752.00 | | 06/08/2023 | $890.00 | |

**Total Receipts for the Period: $3,442.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $17,610.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | 248 MEDICAL ARTS CONDOMINIUM ASSOC »» 015 | Unsecured Creditors | $6,432.46 | $15.20 | $6,417.26 |
| 2 | FIRST BANK »» 014 | Unsecured Creditors | $314,144.63 | $1,375.98 | $312,768.65 |
| 3 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $21,722.63 | $95.14 | $21,627.49 |
| 4 | UNITED STATES TREASURY (IRS) »» 01P | Priority Crediors | $6,559.45 | $6,559.45 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS) »» 01U | Unsecured Creditors | $775.48 | $0.00 | $775.48 |
| 6 | WELLS FARGO BANK NEVADA NA »» 002 | Unsecured Creditors | $3,739.51 | $16.38 | $3,723.13 |
| 7 | NEWREZ LLC  D/B/A »» 003 | Mortgage Arrears | $3,352.12 | $3,352.12 | $0.00 |
| 8 | PNC BANK »» 004 | Unsecured Creditors | $14,016.65 | $61.39 | $13,955.26 |
| 9 | MET-ED FIRST ENERGY COMPANY »» 005 | Unsecured Creditors | $119.83 | $0.00 | $119.83 |
| 10 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $681.31 | $0.00 | $681.31 |
| 11 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $3,080.64 | $0.00 | $3,080.64 |
| 12 | DEPARTMENT STORE NATIONAL BANK »» 008 | Unsecured Creditors | $793.40 | $0.00 | $793.40 |
| 13 | FNCB BANK »» 009 | Unsecured Creditors | $35,387.79 | $155.01 | $35,232.78 |
| 14 | FNCB BANK »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CITIBANK NA »» 011 | Unsecured Creditors | $362.37 | $0.00 | $362.37 |
| 16 | SYNCHRONY BANK »» 012 | Unsecured Creditors | $123.15 | $0.00 | $123.15 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,063.00 | $2,063.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 17 | BIOHORIZONS IMPLANT SYSTEMS INC »» 016 | Unsecured Creditors | $7,360.80 | $0.00 | $7,360.80 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,610.99 | Current Monthly Payment: | $876.00 |
| Paid to Claims: | $13,693.67 | Arrearages: | ($876.00) |
| Paid to Trustee: | $1,499.61 | Total Plan Base: | $43,014.99 |
| Funds on Hand: | $2,417.71 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.