Office Mailing Address:                                        Send Payments **ONLY** to:
Scott F. Waterman, Trustee                              Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                  P.O. Box 680
Reading, PA  19606                                               Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 21-10097-PMM**

Robert S. Stimpfle                                            Petition Filed Date: 01/14/2021
2775 Destiny Lane                                              341 Hearing Date: 03/09/2021
Easton  PA    18040                                          Confirmation Date: 10/14/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2023 | $2,614.00 | 109365 | 10/18/2023 | $880.00 | | 12/05/2023 | $900.00 | |
| 02/13/2024 | $900.00 | | 05/20/2024 | $3,252.00 | | 06/07/2024 | $1,955.00 | |
| 07/08/2024 | $873.00 | | | | | | | |

**Total Receipts for the Period: $11,374.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $26,370.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | 248 MEDICAL ARTS CONDOMINIUM ASSOC<br>»» 015 | Unsecured Creditors | $6,432.46 | $180.05 | $6,252.41 |
| 2 | FIRST BANK<br>»» 014 | Unsecured Creditors | $314,144.63 | $9,408.23 | $304,736.40 |
| 3 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $21,722.63 | $650.56 | $21,072.07 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Crediors | $6,559.45 | $6,559.45 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $775.48 | $18.29 | $757.19 |
| 6 | WELLS FARGO BANK NEVADA NA<br>»» 002 | Unsecured Creditors | $3,739.51 | $104.68 | $3,634.83 |
| 7 | NEWREZ LLC<br>»» 003 | Mortgage Arrears | $3,352.12 | $3,352.12 | $0.00 |
| 8 | PNC BANK<br>»» 004 | Unsecured Creditors | $14,016.65 | $419.79 | $13,596.86 |
| 9 | MET-ED FIRST ENERGY COMPANY<br>»» 005 | Unsecured Creditors | $119.83 | $0.00 | $119.83 |
| 10 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $681.31 | $16.07 | $665.24 |
| 11 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $3,080.64 | $92.27 | $2,988.37 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»» 008 | Unsecured Creditors | $793.40 | $18.73 | $774.67 |
| 13 | FNCB BANK<br>»» 009 | Unsecured Creditors | $35,387.79 | $1,059.82 | $34,327.97 |
| 14 | FNCB BANK<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CITIBANK NA<br>»» 011 | Unsecured Creditors | $362.37 | $0.00 | $362.37 |

**Chapter 13 Case No. 21-10097-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | SYNCHRONY BANK<br>»» 012 | Unsecured Creditors | $123.15 | $0.00 | $123.15 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,063.00 | $2,063.00 | $0.00 |
| 17 | BIOHORIZONS IMPLANT SYSTEMS INC<br>»» 016 | Unsecured Creditors | $7,360.80 | $0.00 | $7,360.80 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,370.99 | Current Monthly Payment: | $876.00 |
| Paid to Claims: | $23,943.06 | Arrearages: | $1,752.00 |
| Paid to Trustee: | $2,375.61 | Total Plan Base: | $43,014.99 |
| Funds on Hand: | $52.32 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.