UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)

| IN RE:<br><br>Robert S. Stimpfle,<br><br>Debtor. | CHAPTER 13<br><br>CASE NO.: 21-10097-pmm |
|---|---|

**ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**AND NOW**, this  6th   day of  September , **2024**, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

BY THE COURT:

*Patricia M. Mayer*

**Date: September 6, 2024**

**PATRICIA M. MAYER**
**US BANKRUPTCY JUDGE**