UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert S. Stimpfle | Case # 21-10097-PMM |
| Debtor | CHAPTER 13 |

**O R D E R**

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Chapter 13 Plan (doc # 119, the "Motion"):

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Modified Plan (doc. # 123) is **APPROVED**.

BY THE COURT:

*Patricia M. Mayer*

**Date:** 10/31/24

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**