| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 21-10097-PMM

| | |
|---|---|
| Robert S. Stimpfle | Petition Filed Date: 01/14/2021 |
| 2775 Destiny Lane | 341 Hearing Date: 03/09/2021 |
| Easton  PA   18040 | Confirmation Date: 10/14/2021 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/06/2024 | $900.00 | | 10/04/2024 | $900.00 | | 12/04/2024 | $1,802.00 | |
| 01/07/2025 | $1,808.99 | | 02/05/2025 | $1,810.00 | | 04/07/2025 | $2,000.00 | |
| 05/08/2025 | $1,802.00 | | 06/06/2025 | $1,805.00 | | | | |

**Total Receipts for the Period:  $12,827.99    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $41,048.98**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | 248 MEDICAL ARTS CONDOMINIUM ASSOC<br>»» 015 | Unsecured Creditors | $6,432.46 | $205.62 | $6,226.84 |
| 2 | FIRST BANK<br>»» 014 | Unsecured Creditors | $314,144.63 | $10,484.89 | $303,659.74 |
| 3 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $21,722.63 | $725.01 | $20,997.62 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Crediors | $6,559.45 | $6,559.45 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $775.48 | $18.29 | $757.19 |
| 6 | WELLS FARGO BANK NEVADA NA<br>»» 002 | Unsecured Creditors | $3,739.51 | $124.82 | $3,614.69 |
| 7 | NEWREZ LLC<br>»» 003 | Mortgage Arrears | $3,352.12 | $3,352.12 | $0.00 |
| 8 | PNC BANK<br>»» 004 | Unsecured Creditors | $14,016.65 | $467.83 | $13,548.82 |
| 9 | MET-ED FIRST ENERGY COMPANY<br>»» 005 | Unsecured Creditors | $119.83 | $0.00 | $119.83 |
| 10 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $681.31 | $16.07 | $665.24 |
| 11 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $3,080.64 | $92.27 | $2,988.37 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»» 008 | Unsecured Creditors | $793.40 | $18.73 | $774.67 |
| 13 | FNCB BANK<br>»» 009 | Unsecured Creditors | $35,387.79 | $1,181.10 | $34,206.69 |
| 14 | FNCB BANK<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CITIBANK NA<br>»» 011 | Unsecured Creditors | $362.37 | $0.00 | $362.37 |

**Chapter 13 Case No. 21-10097-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | SYNCHRONY BANK<br>»» 012 | Unsecured Creditors | $123.15 | $0.00 | $123.15 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,063.00 | $2,063.00 | $0.00 |
| 17 | BIOHORIZONS IMPLANT SYSTEMS INC<br>»» 016 | Unsecured Creditors | $7,360.80 | $0.00 | $7,360.80 |
| 18 | NEWREZ LLC<br>»» 17-1 | Mortgage Arrears | $10,485.09 | $10,485.09 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $41,048.98 | Current Monthly Payment: | $1,802.00 |
| Paid to Claims: | $35,794.29 | Arrearages: | $5,142.01 |
| Paid to Trustee: | $3,444.64 | Total Plan Base: | $55,200.99 |
| Funds on Hand: | $1,810.05 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.