**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(READING)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Robert S. Stimpfle** | CASE NO.: 21-10097-pmm |
| **Debtor** | HEARING DATE: 10/23/2025 |
| | HEARING TIME: 11:00am |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Movant") has filed a Motion to Approve the Loan Modification Agreement with respect to real property located at 2775 Destiny Lane, Easton, PA 18040.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the Court to grant the modification offered in the motion or if you want the Court to consider your views on the motion, then on or before October 16, 2025, you or your attorney must do **all** of the following:

> (a)  file an answer explaining your position at:
> U.S. Bankruptcy Court
> Eastern District of Pennsylvania
> Bankruptcy Clerk of Courts
> The Gateway Building
> 201 Penn Street, 4th Floor
> Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)      mail a copy to the Movant's Attorney:
Andrew L. Unterlack, Esquire
Hill Wallack LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
Facsimile 856-616-8081

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Judge Patricia M. Mayer on October 23, 2025 at 11:00am, 201 Penn Street, 4th Floor, Reading, PA 19601.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4.      If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at 610-208-5030 to find out whether the hearing has been canceled because no one filed an answer.

*By:  /s/ Andrew L. Unterlack*
Andrew L. Unterlack, Esquire
Hill Wallack LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
Facsimile 856-616-8081
Email: aunterlack@hillwallack.com