# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# (READING)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Robert S. Stimpfle** | CASE NO.: 21-10097-pmm |
| **Debtor** | HEARING DATE: 10/23/2025 |
| | HEARING TIME: 11:00am |

## CERTIFICATION OF NO OBJECTION

TO THE HONORABLE PATRICIA M. MAYER, UNITED STATES BANKRUPTCY JUDGE

I, Andrew L. Unterlack, Esquire, of the law firm of Hill Wallack LLP, do hereby certify that:

1. On **September 16, 2025,** Hill Wallack LLP ("Hill Wallack"), counsel to NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Movant") filed a Motion to Approve Loan Modification re property address 2775 Destiny Lane, Easton, PA 18040 ("Motion") regarding 1225 E Cheltenham Ave, Philadelphia, PA 19124-1031 [Doc. # 134] in the above-entitled matter.

2. On **September 16, 2025**, a copy of the Motion was served upon the appropriate parties in interest as more fully set forth in the Service List filed with the Motion.

3. No Objections were filed to the Motion.

**WHEREFORE**, Movant hereby respectfully requests that this Court enter an Order granting the Motion.

Date: October 22, 2025

>*By:* /s/ Andrew L. Unterlack
>Andrew L. Unterlack, Esquire
>Hill Wallack, LLP
>1415 Route 70 East, Suite 309
>Cherry Hill, NJ 08034
>Telephone 856-616-8086
>Email: aunterlack@hillwallack.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(READING)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Robert S. Stimpfle** | CASE NO.: 21-10097-pmm |
| **Debtor** | |

**CERTIFICATE OF SERVICE**

I hereby certify that service was made upon all interested parties, indicated below of Certification of No Objection to Motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing to Approve Loan Modification in the manner indicated below on October 22, 2025:

| | |
|---|---|
| **Robert S. Stimpfle**<br>2775 Destiny Lane<br>Easton, PA 18040<br>**Debtor**<br>**Via Regular Mail** | **Scott F. Waterman, Esquire**<br>2901 St. Lawrence Ave, Suite 100<br>Reading, PA 19606<br>**Standing Chapter 13 Trustee**<br>**Via ECF** |
| **Charles Laputka, Esquire**<br>Laputka Law Office<br>1344 W. Hamilton St.<br>Allentown, PA 18102<br>**Counsel for Debtor**<br>**Via ECF** | **United States Trustee**<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107<br>U.S. Trustee<br>**Via ECF** |

Respectfully submitted,

By: /s/ Andrew L. Unterlack
Andrew L. Unterlack, Esq.