UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)

| IN RE: | CHAPTER 13 |
|---|---|
| **Robert S. Stimpfle** | CASE NO.: 21-10097-pmm |
| **Debtor** | HEARING DATE: 10/23/2025 |
| | HEARING TIME: 11:00am |

## ORDER APPROVING LOAN MODIFICATION

AND NOW, this <u>22nd</u> day of <u>October</u>, 2025, upon the Motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Movant") for Approval of the Loan Modification Agreement offered, it is

ORDERED THAT: the offered Loan Modification Agreement is approved regarding the real property located at 2775 Destiny Lane, Easton, PA 18040 (the "Mortgaged Premises"); and it is further

ORDERED THAT: The Loan Modification approved by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

*Patricia M. Mayer*
_____
**Patricia M. Mayer, USBJ**