United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-10097-pmm
Robert S. Stimpfle  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 22, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert S. Stimpfle, 2775 Destiny Lane, Easton, PA 18040-7967 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14577704 | ^ | MEBN | Oct 23 2025 00:33:59 | Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 24, 2025  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. UNTERLACK | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing aunterlack@hillwallack.com |
| ANGELA CATHERINE PATTISON | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing apattison@hillwallack.com apattison@ecf.courtdrive.com |

CHARLES LAPUTKA
    on behalf of Debtor Robert S. Stimpfle ecfnotices@laputkalaw.com
    jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DAVID ALEXANDER BARNES
    on behalf of Creditor First Bank alexander.barnes@obermayer.com

DENISE ELIZABETH CARLON
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Forks Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

MICHELLE L. MCGOWAN
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

REBECCA J. PRICE
    on behalf of Creditor 248 Medical Arts Condominium Association rprice@norris-law.com kbambary@nmmlaw.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)

| IN RE: | CHAPTER 13 |
|---|---|
| **Robert S. Stimpfle** | CASE NO.: 21-10097-pmm |
| **Debtor** | HEARING DATE: 10/23/2025 |
| | HEARING TIME: 11:00am |

### ORDER APPROVING LOAN MODIFICATION

AND NOW, this <u>22nd</u> day of <u>October</u>, 2025, upon the Motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Movant") for Approval of the Loan Modification Agreement offered, it is

ORDERED THAT: the offered Loan Modification Agreement is approved regarding the real property located at 2775 Destiny Lane, Easton, PA 18040 (the "Mortgaged Premises"); and it is further

ORDERED THAT: The Loan Modification approved by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

*Patricia M. Mayer*
_____
**Patricia M. Mayer, USBJ**