**Fill in this information to identify the case:**

Debtor 1    **Robert S. Stimpfle**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**
                                                                                      (State)

Case Number    **21-10097-PMM**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made                                        **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**   NEWREZ LLC

**Court claim no.** (if known):
3-3

**Last 4 digits** of any number you use to identify the debtor's account:   5   7   8   9

**Property Address:**   2775 DESTINY LANE
                                        Number       Street

                                        EASTON                                        PA      18040
                                        City                                          State   ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

| | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $      3,352.12 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $      3,352.12 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $      -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $      3,352.12 |

**Part 4:** **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.  Total amount of postpetition payments disbursed by the trustee as of date of notice:     $ _____ -0-

b.  The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:     $ _____ 10,485.09

**Part 6:** **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice , the holder of the claim must file a response using Official Form 410C13-NR .**

✗ /s/ Scott F. Waterman                                      Date    02/25/2026
Signature

Trustee     Scott F. Waterman
First Name          Middle Name          Last Name

Address     2901 St. Lawrence Avenue, Suite 100
Number          Street

Reading                                      PA     19606
City                                      State     ZIP Code

Contact phone  (610) 779-1313          Email  info@ReadingCh13.com

| Debtor 1 | **Robert S. Stimpfle** | | Case Number **21-10097-PMM** | | Page 1 |
| | Name | | | | |

# History Of Payments

## Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---------|------|---------------|------|---------|---------------------|--------|
| 3-3 | NEWREZ LLC  D/B/A | Pre-Petition Arrears | 04/22/2022 | 8001431 | Disbursement To Creditor/Principal | 493.38 |
| 3-3 | NEWREZ LLC  D/B/A | Pre-Petition Arrears | 06/27/2022 | 8001620 | Disbursement To Creditor/Principal | 736.00 |
| 3-3 | NEWREZ LLC  D/B/A | Pre-Petition Arrears | 08/19/2022 | 8001839 | Disbursement To Creditor/Principal | 740.59 |
| 3-3 | NEWREZ LLC  D/B/A | Pre-Petition Arrears | 09/23/2022 | 8001930 | Disbursement To Creditor/Principal | 736.00 |
| 3-3 | NEWREZ LLC  D/B/A | Pre-Petition Arrears | 05/19/2023 | 8002821 | Disbursement To Creditor/Principal | 646.15 |
| | | | | | Total for Claim Number 3-3: | 3,352.12 |
| | | | | | | |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **3,352.12** |

## Part 5 (Postpetition Fees, Expenses, and Charges)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---------|------|---------------|------|---------|---------------------|--------|
| 17-1 | NEWREZ LLC | Post Petition Arrears | 11/15/2024 | 17255258 | Disbursement To Creditor/Principal | 819.00 |
| 17-1 | NEWREZ LLC | Post Petition Arrears | 12/20/2024 | 17256059 | Disbursement To Creditor/Principal | 1,639.82 |
| 17-1 | NEWREZ LLC | Post Petition Arrears | 01/17/2025 | 17256798 | Disbursement To Creditor/Principal | 1,646.18 |
| 17-1 | NEWREZ LLC | Post Petition Arrears | 02/21/2025 | 17257571 | Disbursement To Creditor/Principal | 1,647.10 |
| 17-1 | NEWREZ LLC | Post Petition Arrears | 04/17/2025 | 17259184 | Disbursement To Creditor/Principal | 1,890.00 |
| 17-1 | NEWREZ LLC | Post Petition Arrears | 05/22/2025 | 17259977 | Disbursement To Creditor/Principal | 1,702.89 |
| 17-1 | NEWREZ LLC | Post Petition Arrears | 06/13/2025 | 17260745 | Disbursement To Creditor/Principal | 1,140.10 |
| | | | | | Total for Claim Number 17-1: | 10,485.09 |
| | | | | | | |
| | | | | | **Total for Part 5 (Postpetition Fees, Expenses, and Charges):** | **10,485.09** |