United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-10097-pmm

Robert S. Stimpfle                                                                    Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                        User: admin                                    Page 1 of 2

Date Rcvd: Feb 24, 2026                     Form ID: 234                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

**Recip ID              Recipient Name and Address**
db                  +  Robert S. Stimpfle, 2775 Destiny Lane, Easton, PA 18040-7967

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

ANDREW L. UNTERLACK
                        on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing aunterlack@hillwallack.com

ANGELA CATHERINE PATTISON
                        on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing apattison@hillwallack.com
                        apattison@ecf.courtdrive.com

CHARLES LAPUTKA
                        on behalf of Debtor Robert S. Stimpfle ecfnotices@laputkalaw.com
                        jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DAVID ALEXANDER BARNES
                        on behalf of Creditor First Bank alexander.barnes@obermayer.com

DENISE ELIZABETH CARLON
                        on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com

District/off: 0313-4                          User: admin                                        Page 2 of 2

Date Rcvd: Feb 24, 2026                       Form ID: 234                                     Total Noticed: 1

DENISE ELIZABETH CARLON
                    on behalf of Creditor Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
                    on behalf of Creditor Forks Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

MICHELLE L. MCGOWAN
                    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com

MICHELLE L. MCGOWAN
                    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

REBECCA J. PRICE
                    on behalf of Creditor 248 Medical Arts Condominium Association rprice@norris-law.com  kbambary@nmmlaw.com

ROLANDO RAMOS-CARDONA
                    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert S. Stimpfle

           Debtor(s)

Case No:21−10097−pmm

Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Mohung Wong
Clerk of Court

Date: 2/24/26

140
Form 234