Certificate Number: 17082-PAE-DE-040875897

Bankruptcy Case Number: 21-10097



17082-PAE-DE-040875897

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 19, 2026, at 10:13 o'clock PM MST, ROBERT S STIMPFLE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 19, 2026                    By:      /s/Orsolya K Lazar

                                         Name:   Orsolya K Lazar

                                         Title:   Executive Director