United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10097-pmm |
| Robert S. Stimpfle | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 20, 2026 | Form ID: 138OBJ | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert S. Stimpfle, 2775 Destiny Lane, Easton, PA 18040-7967 |
| 14579479 | + | 248 Medical Arts Condominium Assoc, 3735 Nazareth Rd., Mail Box 304, Easton, PA 18045-8347 |
| 14593561 | + | 248 Medical Arts Condominium Assocation, c/o Rebecca J. Price, Esq., 515 West Hamilton Street, Ste 502, Allentown, PA 18101-1513 |
| 14593102 | + | 248 Medical Arts Condominium Association, 3735 Nazareth Road, Box 304, Easton, PA 18045-8347 |
| 14576655 | + | Affordable Aesthetic Denistry LLC, 3735 Nazareth Road, Unit 204, Easton, PA 18045-8346 |
| 14648294 | + | BioHorizons Implant System Inc., 1060 Andrew Drive, Suite 170, West Chester, West Chester, PA 19380-5601 |
| 14576658 | + | DRS Property Holdings LLC, 2775 Destiny Lane, Easton, PA 18040-7967 |
| 14576659 | + | F Paul Laubner, 425 Allentown Drive, Allentown, PA 18109-9142 |
| 14590236 | + | FNCB Bank, 200 S. Blakely Street, Dunmore, PA 18512-2200 |
| 14576661 | + | FNCB Bank, 102 East Drinker Street, Dunmore, PA 18512-2432 |
| 14576660 | + | First Bank, c/o D. Alexander Barnes, Esq., 1500 Market Street, Ste 3400, Philadelphia, PA 19102-2100 |
| 14814024 | + | Forks Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14814025 | + | Forks Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14579477 | + | William J. Fries, Esquire, The Atrium Suite 106, 2895 Hamilton Blvd., Allentown, PA 18104-6172 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 21 2026 02:16:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 21 2026 02:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14576656 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2026 02:17:25 | Amex/DSNB, PO BOX 8218, Mason, OH 45040-8218 |
| 14576657 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2026 02:17:27 | Capital One, PO BOX 30281, Salt Lake City, UT 84130-0281 |
| 14590437 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2026 02:17:28 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14588008 | | Email/Text: bnc-quantum@quantum3group.com | Apr 21 2026 02:17:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14579478 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 21 2026 02:17:00 | IRS, Dept. of Treasury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14785107 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2026 02:17:28 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14591576 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2026 02:17:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14587501 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 21 2026 02:17:00 | Metropolitan Edison Company, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 20, 2026 | Form ID: 138OBJ | Total Noticed: 38 |

| Recip ID | | Manner | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | NJ 07733-1976 |
| 14772650 | + | Email/Text: RASEBN@raslg.com | Apr 21 2026 02:16:00 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, c/o Charles G. Wohlrab, Esq., Robertson Anschutz Schneid Crane & Partn, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 14576662 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 21 2026 02:16:00 | NewRes-Shellpoint, 55 Beattle Pl, Ste 110, Greenville, SC 29601-5115 |
| 14583812 | | Email/Text: mtgbk@shellpointmtg.com | Apr 21 2026 02:16:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14772584 | + | Email/Text: RASEBN@raslg.com | Apr 21 2026 02:16:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, & Crane PL, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 14576663 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 21 2026 02:16:00 | PNC Bank, PO BOX 3180, Pittsburgh, PA 15230 |
| 14584041 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 21 2026 02:16:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 14576664 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 21 2026 02:17:30 | SYNCB/Sams Club, PO BOX 29116, Mission, KS 66201 |
| 14576665 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 21 2026 02:17:30 | SYNCB/TJX CO, PO BOX 965036, Orlando, FL 32896-5036 |
| 14576666 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 21 2026 02:17:30 | SYNCB/TJX CO DC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14577704 | ^ | MEBN | Apr 21 2026 02:08:53 | Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14587549 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 21 2026 02:17:25 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14576667 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2026 02:17:28 | THD/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 14576668 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Apr 21 2026 02:17:30 | Wells Fargo, PO BOX 14517, Des Moines, IA 50306-3517 |
| 14583388 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Apr 21 2026 02:17:30 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14785109 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0313-4                         User: admin                              Page 3 of 3
Date Rcvd: Apr 20, 2026                      Form ID: 138OBJ                          Total Noticed: 38

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ANDREW L. UNTERLACK | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing aunterlack@hillwallack.com |
| ANGELA CATHERINE PATTISON | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing apattison@hillwallack.com apattison@ecf.courtdrive.com |
| CHARLES LAPUTKA | on behalf of Debtor Robert S. Stimpfle ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DAVID ALEXANDER BARNES | on behalf of Creditor First Bank alexander.barnes@obermayer.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Forks Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| MATTHEW K. FISSEL | on behalf of Creditor Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com |
| REBECCA J. PRICE | on behalf of Creditor 248 Medical Arts Condominium Association rprice@norris-law.com  kbambary@nmmlaw.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

*Form 138OBJ* (6/24)–doc 148 – 140

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      )
   Robert S. Stimpfle                        )            Case No. 21–10097–pmm
                                            )
                                            )
   Debtor(s).                               )            Chapter: 13
                                            )
                                            )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 20, 2026                                      For The Court

                                                         Mohung Wong
                                                         Clerk of Court