*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                    : Chapter 13

Robert S. Stimpfle                                        : Case No. 21–10097–pmm
          Debtor(s)

***ORDER***
_____

   AND NOW, this day , June 3, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

   ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                                        By The Court

                                        Patricia M. Mayer
                                        Judge, United States Bankruptcy Court

                                                                          Form 195