United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 21-10097-pmm |
|---|---|
| Robert S. Stimpfle | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert S. Stimpfle, 2775 Destiny Lane, Easton, PA 18040-7967 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. UNTERLACK | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing aunterlack@hillwallack.com |
| ANGELA CATHERINE PATTISON | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing apattison@hillwallack.com apattison@ecf.courtdrive.com |
| CHARLES LAPUTKA | on behalf of Debtor Robert S. Stimpfle ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DAVID ALEXANDER BARNES | on behalf of Creditor First Bank alexander.barnes@obermayer.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Forks Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| MATTHEW K. FISSEL | |

District/off: 0313-4                                         User: admin                                                Page 2 of 2
Date Rcvd: Jun 04, 2026                                     Form ID: 195                                         Total Noticed: 1

               on behalf of Creditor Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

MATTHEW K. FISSEL

               on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com
matthew.fissel@brockandscott.com

MICHELLE L. MCGOWAN

               on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com

MICHELLE L. MCGOWAN

               on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

REBECCA J. PRICE

               on behalf of Creditor 248 Medical Arts Condominium Association rprice@norris-law.com  kbambary@nmmlaw.com

ROLANDO RAMOS-CARDONA

               on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]

               ECFMail@ReadingCh13.com

United States Trustee

               USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                          : Chapter 13

Robert S. Stimpfle                                    : Case No. 21−10097−pmm
            Debtor(s)

### ORDER

_____

AND NOW, this day , June 3, 2026 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

Form 195